# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134721

DONNA L. DONAHUE,
        Plaintiff-Appellee,

v

CATERAID, INC., and CINCINNATI
CASUALTY INSURANCE COMPANY,
        Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134721
COA: 276103
WCAC: 06-000203

      On order of the Court, the application for leave to appeal the July 17, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

t1022

                   Clerk